**Order entered January 17, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00502-CR

**KELLY LAURA SIXTOS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F-1259374-R**

## ORDER

We **GRANT** appellant's January 15, 2014 motion for extension of time to file a reply brief. The time to file appellant's reply brief is **EXTENDED** to **February 21, 2014**.

/s/      DAVID EVANS
          JUSTICE